UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>W. L. MONTGOMERY,<br><br>    Defendant. | Case No. 15-cv-04780-SI<br><br>**ORDER EXTENDING TRAVERSE DEADLINE**<br><br>Re: Dkt. No. 12 |

Petitioner's request for an extension of the deadline to file his traverse is GRANTED. (Docket No. 12.) Petitioner must file and serve his traverse no later than **October 21, 2016**.

**IT IS SO ORDERED**.

Dated: September 1, 2016

_____
SUSAN ILLSTON
United States District Judge