UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN K. YOUNG,

        Petitioner,

v.

W. L. MONTGOMERY,

        Respondent.

Case No. 15-cv-04780-SI

**ORDER EXTENDING TRAVERSE DEADLINE**

Re: Dkt. No. 14

Petitioner's request for a further extension of the deadline to file his traverse is GRANTED. (Docket No. 14.) Petitioner must file and serve his traverse no later than **November 18, 2016**. No further extension of this deadline should be expected because, by the time it arrives, petitioner will have had four months to prepare his traverse.

Petitioner is reminded that he needs to promptly file a notice of change of address in this action every time he is moved to a new institution.

**IT IS SO ORDERED**.

Dated: September 16, 2016

SUSAN ILLSTON
United States District Judge