United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6
7    BRIAN K. YOUNG,                            Case No.  15-cv-04780-SI

                    Petitioner,
8
9          v.                                   **ORDER EXTENDING DEADLINE**

10   W. L. MONTGOMERY,                          Re: Dkt. No. 18

                    Respondent.
11
12
13         Petitioner's third request for an extension of the deadline to file a traverse is GRANTED.

14   (Docket No. 18.)  Petitioner must file and serve his traverse no later than **December 23, 2016**.  No

15   further extensions of this deadline will be permitted because, by the time it arrives, petitioner will

16   have had five months to prepare his traverse.

17         **IT IS SO ORDERED**.

18   Dated: November 10, 2016

19                                              _____

20                                              SUSAN ILLSTON
                                                United States District Judge
21
22
23
24
25
26
27
28