UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN K. YOUNG,

    Petitioner,

v.

W. L. MONTGOMERY,

    Respondent.

Case No. 15-cv-04780-SI

**JUDGMENT**

The petition for writ of habeas corpus is denied.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 24, 2017

SUSAN ILLSTON  
United States District Judge