UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. YOUNG,<br>　　　　Petitioner,<br>　　v.<br>W. L. MONTGOMERY,<br>　　　　Respondent. | Case No. 15-cv-04780-SI<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY**<br><br>Re: Dkt. No. 23 |

Petitioner has applied for a certificate of appealability so that he may appeal from the order denying his petition for writ of habeas corpus. *See* 28 U.S.C. § 2253(c). This is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The application for a certificate of appealability therefore is DENIED. Docket No. 23.

**IT IS SO ORDERED**.

Dated: March 9, 2017

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge